Jennie STULL, Plaintiff-Appellant, v. Oscar
R. EWING, Federal Security Adminis-
trator, Defendant-Appellee.

No. 87, Docket 22033.

United States Court of Appeals
Second Circuit.

Argued Jan. 16, 1952.

Decided Feb. 5, 1952.

Richard J. Stull, New York City, for
plaintiff-appellant.

Holmes Baldridge, Asst. Atty. Gen.,
Myles J. Lane, U. S. Atty., New York City,
Edward H. Hickey, William J. Holloway,
Jr., Attorneys, Department of Justice and
Leonard B. Zeisler, Attorney, Federal Se-
curity Agency, all of Washington, D. C., of
counsel, for defendant-appellee.

Before AUGUSTUS N. HAND and
CLARK, Circuit Judges, and BRENNAN,
District Judge.

PER CURIAM.

Affirmed on opinion of Rifkind, J., 102
F.Supp. 927.

SCRUGGS–VANDERVOORT–BARNEY,
Inc. v. ORCO PRODUCTS, Inc.

No. 14469.

United States Court of Appeals
Eighth Circuit.

Feb. 29, 1952.

John D. Pope, III, John E. Taylor and
Irving Powers, all of St. Louis, Mo., for ap-
pellant.

T. S. McPheeters, Marion S. Francis, St.
Louis, Mo., H. A. Toulmin, Jr., and D. C.
Staley, Dayton, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed and
appeal dismissed, etc., on motion of appel-
lant and consent of appellee.

Robert INGERSOLL, Appellant, v. Walter
A. HUNTER, Warden, United States Pen-
itentiary, Leavenworth, Kansas.

No. 14217.

United States Court of Appeals
Eighth Circuit.

Feb. 27, 1952.

Wm. K. Stanard, II, St. Louis, Mo., for
appellant.

Sam M. Wear, U. S. Atty., and William
Aull, III, Asst. U. S. Atty., Lexington, Mo.,
for appellee.

PER CURIAM.

Appeal from District Court dismissed, on
motion of appellant.

UNITED STATES of America, Appellant,
v. FOOK YING LEE.

No. 14430.

United States Court of Appeals
Eighth Circuit.

Feb. 26, 1952.

Sam M. Wear, U. S. Atty., and Fred L.
Howard, Asst. U. S. Atty., Kansas City,
Mo., for appellant.

James E. Campbell, Kansas City, Mo., for
appellee.

PER CURIAM.

Appeal from District Court dismissed, on
motion of appellant.